UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21363
    ARTIESHA THAMES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7785


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/14/2007 and was confirmed 01/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/07/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED NOT I | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2034.14 | .00 | .00 |
| CODILIS & ASSOCIATES ^ | CURRENT MORTG | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL | MORTGAGE ARRE | 42033.79 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 23143.00 | 143.44 | 1725.53 |
| TRIAD FINANCIAL CORP | UNSECURED | | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 451.85 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 1456.10 | .00 | .00 |
| HARVARD COLLECTION SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | 1486.12 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR | UNSECURED | NOT FILED | .00 | .00 |
| UNITED FINANCIAL SERVICE | UNSECURED | 400.00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1822.47 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED NOT I | 3500.00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 3716.15 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 770.19 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,000.00 | | 510.45 |
| TOM VAUGHN | TRUSTEE | | | 189.58 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21363 ARTIESHA THAMES

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,569.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 1,725.53 |
| INTEREST | | 143.44 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 510.45 |
| TRUSTEE COMPENSATION | | 189.58 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,569.00 | 2,569.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE